People v MacLeod (2024 NY Slip Op 06524)

People v Macleod

2024 NY Slip Op 06524

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, NOWAK AND KEANE JJ. (Filed Dec. 20, 2024.) 

MOTION NO. (835/18) KA 17-00610.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ROBERT E. MACLEOD, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.